United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASHFORD SAN FRANCISCO II LP,<br><br>　　　　　Defendant. | Case No. 20-cv-08458-EMC<br><br>**JUDGMENT** |

On April 15, 2021, the Court issued its Order Granting Defendant's Motion to Dismiss. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: April 15, 2021

_____
EDWARD M. CHEN
United States District Judge