1  Philip H. Stillman, Esq. SBN# 152861
   STILLMAN & ASSOCIATES
2  3015 North Bay Road, Suite B
   Miami Beach, Florida 33140
3  Tel. and Fax:  (888) 235-4279
   pstillman@stillmanassociates.com
4
   Attorneys for Defendant ASHFORD SAN FRANCISCO II LLP
5

6              **UNITED STATES DISTRICT COURT FOR THE**

7              **NORTHERN DISTRICT OF CALIFORNIA**

8                                          Case No. 3:20-cv-8458 EMC
   _____
9  SAMUEL LOVE,                        )
                                       )
10                      Plaintiff,     )   **NOTICE OF MOTION AND MOTION**
   v.                                  )   **TO DISMISS FIRST AMENDED**
11                                     )   **COMPLAINT PURSUANT TO FED. R.**
   ASHFORD SAN FRANCISCO II LLP, a     )   **CIV. P. 12(b)(1) AND (b)(6)**
   Delaware Limited Liability Company, )
12                                     )   Date:      June 17, 2021
                                       )   Time:      1:30 p.m.
13                      Defendant.     )   Court:     5 - 17th Fl.
   _____)              San Francisco Courthouse
14
15                                         Hon. Edward M. Chen

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **TO PLAINTIFF AND HIS ATTORNEYS OF RECORD**:

2      PLEASE TAKE NOTICE THAT on June 17, 2021, or as soon thereafter as the

3  matter may be heard in Courtroom 5 of the above-entitled court, ASHFORD SAN

4  FRANCISCO II LLP ("Defendant") will and hereby does move the Court for an Order

5  awarding Defendant its reasonable attorney's fees in the amount of $12,199.48 pursuant to

6  the ADA, or alternatively, as sanctions pursuant to Rule 11, 28 U.S.C. § 1927 and this

7  Court's inherent powers.

8      This motion is brought on the grounds that the complaint filed by Dwain Lammey

9  ("Plaintiff") and his counsel in this case was frivolous, unreasonable, filed in bad faith, and

10 vexatious.

11     This motion is based on this Notice of Motion and Motion, the Memorandum of

12 Points and Authorities filed herewith, the Declaration of Philip H. Stillman and exhibits

13 thereto, the pleadings and papers on file herein, and upon such other matters as may be

14 presented to the Court at the time of the hearing, if any.

15     WHEREFORE, defendant ASHFORD SAN FRANCISCO II LLP respectfully

16 requests that this Court award Defendant its reasonable attorney's fees in the amount of

17 $15,588.83.

18                                    Respectfully Submitted,

19                                    STILLMAN & ASSOCIATES

20

21 Dated: April 29, 2021        By: _____
                                        Philip H. Stillman, Esq.
22                                      Attorneys for Defendant
                                        ASHFORD SAN FRANCISCO II LLP
23

24

25

26

27

28

Motion for Attorney's Fees                    -1-

1

**PROOF OF SERVICE**

2      I, the undersigned, certify under penalty of perjury that on April 29, 2021 or as soon

3 as possible thereafter, copies of the foregoing Motion for Attorney's Fees, the memorandum

4 of Points and Authorities, the Declaration of Philip Stillman and Proposed Order were

5 served electronically by the Court's ECF notice to all persons/entities requesting special

6 notice or otherwise entitled to the same.

7

8                          By: /s/ *Philip H. Stillman*
                               Attorneys for Defendant
9                              ASHFORD SAN FRANCISCO II LLP

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion for Attorney's Fees                      -1-